**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| JAMES M. HUGHES,<br>*Plaintiff*,<br>v.<br>DRAFTKINGS INC.; GUS III LLC (D/B/A DRAFTKINGS PREDICTIONS, F/K/A GUS III INC.); RAILBIRD EXCHANGE, LLC (D/B/A DKEX); BLOCKRATIZE, INC.; QCL QUAD CODE USA CORP.; QCX LLC (D/B/A POLYMARKET US); QC CLEARING LLC (D/B/A POLYMARKET CLEARING); CHICAGO MERCANTILE EXCHANGE INC.; NORTH AMERICAN DERIVATIVES EXCHANGE, INC. (D/B/A CRYPTO.COM DERIVATIVES NORTH AMERICA); BITNOMIAL CLEARINGHOUSE, LLC; WINTERMUTE TRADING LTD.; JUMP TRADING LLC; DRW HOLDINGS LLC; IMC-CHICAGO, LLC; GALAXY DIGITAL TRADING, LLC; VIRTU FINANCIAL INC.; and JOHN DOES 1-10,<br>*Defendants*. | Case No.: 2:26-cv-03838-RMG<br>(Removed from the Court of Common Pleas, Ninth Judicial Circuit, Charleston County, South Carolina, Case No. 2026-CP-10-04063) |

**DEFENDANTS DRAFTKINGS INC.; GUS III LLC; AND RAILBIRD EXCHANGE, LLC'S RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 26.01, Defendants DraftKings Inc. ("DraftKings"), Railbird Exchange, LLC (d/b/a DKeX) ("DKeX"), and GUS III LLC (d/b/a DraftKings Predictions) ("Gus III") (collectively, the "DraftKings Entities") provide the following responses to the Local Rule 26.01 Interrogatories. The following information is based on the DraftKing Entities' current knowledge and understanding:

**INTERROGATORY (A):** State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

RESPONSE: The DraftKing Entities are not aware of any such persons or legal entities.

**INTERROGATORY (B):** As to each claim, state whether it should be tried jury or nonjury and why.

RESPONSE: The DraftKing Entities do not believe that any claim in the complaint should be tried to a jury.

**INTERROGATORY (C):** State whether the party submitting these responses is a publicly owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

RESPONSE:

1. DraftKings Inc. ("DraftKings") is a publicly owned company. It is not owned by any parent company, and no publicly held company owns 10% or more of DraftKings's stock. DraftKings is not the parent of any other publicly owned company. DraftKings does not own 10% or more of any other publicly owned company.

2. GUS III LLC ("GUS III") is not a publicly owned company. It is wholly owned by DraftKings (the ultimate parent). GUS III is not the parent of any publicly owned company, nor does it own 10% or more of any publicly owned company.

3. Railbird Exchange, LLC ("Railbird") is not a publicly owned company. It is wholly owned by DraftKings (the ultimate parent). Railbird is not the parent of any publicly owned company, nor does it own 10% or more of any publicly owned company.

**INTERROGATORY (D):** State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civ. Rule 3.01 (D.S.C.).

RESPONSE: Pursuant to 28 U.S.C. § 1441(a), Defendant has removed this case to the Charleston Division because it embraces the place where this action was pending in Charleston County.

**INTERROGATORY (E):** Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

RESPONSE: This action is not related to any other matter filed in this district.

**INTERROGATORY (F):** If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

RESPONSE: The DraftKing Entities have not been improperly identified in this case.

**INTERROGATORY (G):** If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

RESPONSE: The DraftKing Entities are not currently aware of such person or legal entity, but reserve the right to amend this response.

**INTERROGATORY (H):** *Parties or Intervenors in a Diversity Case*. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

RESPONSE: The citizenship of every party is set forth in the Notice of Removal.

Dated: September 2, 2026

Respectfully submitted,

*/s/ J. Rutledge Young, III*
J. Rutledge Young, III (Federal Bar No. 7260)
C. Wilson Daniel (Federal Bar No. 13579)
Duffy & Young, LLC
96 Broad Street
Charleston, South Carolina 29401
(843) 720-2044 (phone)
(843) 720-2047 (fax)
ryoung@duffyandyoung.com
wdaniel@duffyandyoung.com

Orin Snyder*
GIBSON DUNN & CRUTCHER LLP
200 Park Ave
New York, New York 10166
Telephone: 212.351.4000
osnyder@gibsondunn.com

Jacob T. Spencer*
Adam I. Steene*
Abby H. Walters*
GIBSON DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500

jspencer@gibsondunn.com
asteene@gibsondunn.com
ahwalters@gibsondunn.com

Timothy P. Crudo*
Charmaine G. Yu*
Marcia V. Valente*
Rachel R. Suhr*
Coblentz Patch Duffy & Bass, LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: (415) 391-4800
tcrudo@coblentzlaw.com
cyu@coblentzlaw.com
mvalente@coblentzlaw.com
rsuhr@coblentzlaw.com

**Applications for pro hac vice admission forthcoming*

*Attorneys for Defendants DraftKings Inc.; GUS III LLC; and Railbird Exchange, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2026, I filed this document through the ECF system and that notice will be electronically sent to all registered participants identified in the Notice of Electronic Filing, that paper copies will be sent via First-Class Mail to all non-registered participants, and that copies will be sent by electronic mail to the following:

T. David Hoyle
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, S.C. 29464
dhoyle@motleyrice.com

William H. Narwold
MOTLEY RICE LLC
20 Church St., 17th Floor
Hartford, CT 06103
bnarwold@motleyrice.com

Previn Warren
Abigail Burman
Nelson Drake
MOTLEY RICE LLC
401 9th Street NW Suite 630
Washington, DC 20004
pwarren@motleyrice.com
aburman@motleyrice.com
ndrake@motleyrice.com

*Attorneys for Plaintiff*

*/s/ J. Rutledge Young, III*
J. Rutledge Young, III