**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

**JAMES M. HUGHES,**

*Plaintiff,*

*v.*

**DRAFTKINGS INC.;**
**GUS III LLC (D/B/A DRAFTKINGS PREDICTIONS, F/K/A GUS III INC.);**
**RAILBIRD EXCHANGE, LLC (D/B/A DKEX);**
**BLOCKRATIZE, INC.;**
**QCL QUAD CODE USA CORP.;**
**QCX LLC (D/B/A POLYMARKET US);**
**QC CLEARING LLC (D/B/A/ POLYMARKET CLEARING);**
**CHICAGO MERCANTILE EXCHANGE INC.;**
**NORTH AMERICAN DERIVATIVES EXCHANGE, INC. (D/B/A CRYPTO.COM DERIVATIVES NORTH AMERICA);**
**BITNOMIAL CLEARINGHOUSE, LLC;**
**WINTERMUTE TRADING LTD.;**
**JUMP TRADING LLC;**
**GALAXY DIGITAL TRADING, LLC;**
**VIRTU FINANCIAL INC.; and**
**JOHN DOES 1-10,**

*Defendants.*

No. 2:26-CV-03838-RMG

**ORDER TO EXTEND TIME**

The Parties to this Order, Plaintiff James Hughes ("Plaintiff") and Defendants DraftKings Inc. and Polymarket US ("Defendants") have together moved to extend the time for Plaintiff to file a motion to remand and for Defendants to file responsive pleadings. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) Plaintiff moves to extend: the deadline for Plaintiff to file a Motion to Remand in response to Defendants' Notices of Removal from October 2, 2026, to October 15,

2026; the deadline for Defendants' opposition brief to December 4, 2026; and the deadline for Plaintiff's reply brief, if necessary, to December 15, 2026. Additionally, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) Defendants move to extend the Defendants' deadlines to respond to the Complaint to 30 days after this Court rules on the motion to remand.

The Parties to this Order have represented to the Court that good cause exists for the requested extensions due to disparate briefing schedules; the inefficiency associated with requiring the Parties to brief, and the Court to consider, two different motions to remand that contain identical, or nearly identical, arguments; and the inefficiency associated with requiring the Parties to file responsive pleadings until this Court decides whether removal is proper. Moreover, this is the Parties' first request for an extension of time to this Court, and the Parties have stipulated that both Plaintiff and Defendants agree to and do not oppose the terms of this order. Accordingly, it is ORDERED:

1. Plaintiff's deadline to file a Motion to Remand is extended from October 2, 2026 to October 15, 2026; the deadline for Defendants' opposition brief is extended to December 4, 2026; and the deadline for Plaintiff's reply brief, if necessary, is extended to December 15, 2026.

2. Defendants' deadlines to respond to the Complaint are extended to 30 days after the Court rules on the Motion to Remand.

3. Nothing in this Order shall be construed as a waiver of any of Plaintiff's rights or arguments they would otherwise have, which Plaintiff expressly reserves.

4. Nothing in this Order shall be construed as a waiver of any of Defendants' rights, defenses, or arguments they would otherwise have, including any right to appeal any order of this Court, which Defendants expressly reserve.

**AND IT IS SO ORDERED.**

Dated: September 25, 2026
Charleston, South Carolina

__________________________________
Hon. Richard M. Gergel
United States District Judge