UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(CHARLESTON DIVISION)

| | | |
|---|---|---|
| JAMES M. HUGHES,<br>Plaintiff,<br><br>v.<br>DRAFTKINGS INC., et al.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26 Civ. 2:26-cv-03838-RMG<br><br>**Motion**<br>**in Support of**<br>***Pro Hac Vice* Application** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Gregory S. Mortenson be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and
2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and
3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and
4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.
5. Certification of Consultation (Local Civil Rule 7.02).

☒ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

______________________________________________

______________________________________________

☐ No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| Cooper Tierney | Lindsey W. Cooper Jr. |
| Firm Name | Name of Local Counsel |
| 36 Broad Street | */s/ Lindsey W. Cooper Jr.* |
| Street Address or Post Office Box | Signature of Local Counsel |
| Charleston, South Carolina 29401 | Local Counsel for the Defendants Blockratize Inc; |
| City, State, Zip Code | QCL Quad Code USA Corp.; QCX LLC (d/b/a |
| (843) 375-6622 | Polymarket US); and QC Clearing LLC (d/b/a |
| Telephone Number | Polymarket Clearing) |
| lwc@coopertierney.com | District of South Carolina |
| E-Mail Address | Federal Bar Number 9909 |

September 29, 2026
Charleston, South Carolina