**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| **JAMES M. HUGHES,**<br><br>*Plaintiff,*<br><br>*v.*<br><br>**DRAFTKINGS INC.;**<br>**GUS III LLC (D/B/A DRAFTKINGS PREDICTIONS, F/K/A GUS III INC.);**<br>**RAILBIRD EXCHANGE, LLC (D/B/A DKEX);**<br>**BLOCKRATIZE, INC.;**<br>**QCL QUAD CODE USA CORP.;**<br>**QCX LLC (D/B/A POLYMARKET US);**<br>**QC CLEARING LLC (D/B/A/ POLYMARKET CLEARING);**<br>**CHICAGO MERCANTILE EXCHANGE INC.;**<br>**NORTH AMERICAN DERIVATIVES EXCHANGE, INC. (D/B/A CRYPTO.COM DERIVATIVES NORTH AMERICA);**<br>**BITNOMIAL CLEARINGHOUSE, LLC;**<br>**WINTERMUTE TRADING LTD.;**<br>**JUMP TRADING LLC;**<br>**DRW HOLDINGS LLC;**<br>**IMC-CHICAGO, LLC;**<br>**GALAXY DIGITAL TRADING, LLC;**<br>**VIRTU FINANCIAL INC.; and**<br>**JOHN DOES 1-10,**<br><br>*Defendants.* | Case No. 26 Civ. 2:26-cv-03838-RMG<br><br>(Removed from the Court of Common Pleas, Ninth Judicial Circuit, Charleston County, South Carolina, Case No. 2026-CP-10-04063) |

**PLAINTIFF SOUTH JAMES M. HUGHES' MOTION TO REMAND**

PLEASE TAKE NOTICE that James M. Hughes ("Plaintiff") will, upon Plaintiff's attached Memorandum of Law in Support of Remand, move this Court, at a date and time to be set by the Court, for an order:

1. Granting Plaintiff's motion to remand this matter to the Court of Common Pleas, County of

Charleston, State of South Carolina, based on Defendants' improper removal, pursuant to 28 U.S.C. § 1447(c).

2. Granting such other relief as the Court deems just and proper, pursuant to 28 U.S.C. § 1447(c) and the Court's inherent authority.

Dated this 15th day of October, 2026.

**MOTLEY RICE LLC**

/s/ T. David Hoyle
T. David Hoyle (Fed. ID No. 9928)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Phone: (843) 216-9000
dhoyle@motleyrice.com

William H. Narwold (Fed. ID No. 1730)
20 Church St, 17th Floor
Harford, CT 06103
Phone: (860) 733-6471
bnarwold@motleyrice.com

Previn Warren
Abigail Burman
Nelson Drake
*Admitted Pro Hac Vice*
401 9th St. NW, Suite 630
Washington, DC 20004
Phone: (202) 386-9610
pwarren@motleyrice.com
aburman@motleyrice.com
ndrake@motleyrice.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

Respectfully submitted,

MOTLEY RICE LLC

/s/ T. David Hoyle, Esq.___

T. David Hoyle (Fed. ID No. 9928)
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Phone: (843) 216-9000
dhoyle@motleyrice.com

Counsel for Plaintiffs